IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODNEY MONTGOMERY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-CVv-1954-M-BN |
| | § | |
| STERLING HOLLINS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS in part and DENIES in part the motion to dismiss filed by the remaining individual defendants as directed at the amended complaint [Dkt. No. 17] – DISMISSING with prejudice the claims against Defendants Marty Hotchkiss, Kristopher Mendoza, Rene Villanueva, Lawrence Christian, and Fernando Del Rio – and GRANTS the City of Dallas's motion to dismiss the amended complaint [Dkt. No. 26] without prejudice to Plaintiff Rodney Montgomery's amending his allegations against the City.

And the Court GRANTS Montgomery leave to file a conforming second amended complaint within 14 days from the entry of this order.

SO ORDERED this 6th day of June, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE