IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RODNEY MONTGOMERY, §
§
Plaintiff, §
§
V. § No. 3:18-cv-1954-M-BN
§
STERLING HOLLINS, ET AL., §
§
Defendants. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Defendant Danquell Cameron's motion for summary judgment on his nominally affirmative defense of qualified immunity [Dkt. No. 39].

SO ORDERED this 24th day of February, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE